# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2026

Mr. Fidel Esparza III
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Patricio Garza Izaguirre
Garza & Narvaez, P.L.L.C.
7600 Chevy Chase Drive
Building 2
Suite 118
Austin, TX 78752

Ms. Shelley R. Goad
U.S. Department of Justice
Office of Immigration Litigation
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20001

Mrs. Mary F. Kruger
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Stephen Lagana
Lagana & Associates
145 Essex Street
Lawrence, MA 01840-0000

Ms. Lacy L. McAndrew
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Ms. Leslie McKay
U.S. Department of Justice
Civil Division
1100 L Street, N.W.

Poc Agostinho, Jean
Washington, DC 20530

Ms. Christina Playton
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Ignacio Sosnava Rodriguez
122 Cozumel Court
Cedar Creek, TX 78612

No. 26-50183 Sosnava Rodriguez v. Ortega
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

Dear Mr. Esparza, Mr. Garza Izaguirre, Ms. Goad, Mrs. Kruger, Mr. Lagana, Ms. McAndrew, Ms. McKay, Ms. Playton, Mr. Sosnava Rodriguez,

By direction of the court, case No. 26-50183, Sosnava Rodriguez v. Ortega, has been severed from the consolidation with case Nos. 26-50219 and 26-50221 and will proceed separately.

The new case caption for this case is provided below. The new case caption for the two consolidated appeals will be issued under separate cover.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

---

Case No. 26-50183

---

Ignacio Sosnava Rodriguez,

Petitioner - Appellee

v.

Sylvester M. Ortega, in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Wallace Blanche, Acting U.S. Attorney General; Department of Homeland Security; DOJ Executive Office For Immigration Review,

Respondents - Appellants